UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EDWARD M. VON DER SCHMIDT and
KEANNA NGO,

                    Plaintiffs,                    23-cv-3919 (PKC)

    -against-                               ORDER

SILVERSTEIN PROPERTIES d/b/a/ RIVER
PLACE MANAGEMENT, TOM HIGGINS, and
FLAVIO COLELLA,

                    Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The conference scheduled for July 26, 2023, is adjourned to October 13, 2023, at 12:00p.m.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       July 25, 2023