UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Edward M. von Der Schmidt
a/k/a Eddie von der Schmidt,                                            23 Civ. 3919 (PKC)

                            Plaintiff,
v.                                                                                              ORDER

Tom Higgins,
Flavio Colella, and Jury Trial Demand
Silverstein Properties, D/B/A
River Place Management,

                            Defendants.
_____

CASTEL, United States District Judge.

       Neither counsel for plaintiff nor counsel for defendants Silverstein Properties, D/B/A as River Place Management, Tom Higgins, and Flavio Colella appeared at today's conference. Defendants filed a motion to dismiss without compliance with the undersigned's Individual Practices on pre-motion letters. The parties shall file letters with the Court by October 18, 2023, explaining their failure to appear and, in the case of the defendants, also their failure to comply with the undersigned's Individual Practices.

       No response to the motion to dismiss is required at this time. Instead, plaintiff shall unambiguously state in its October 18 letter whether it wishes to amend the complaint at this juncture.

       Initial conference is adjourned from October 12, 2023 to November 3, 2023 at 10:00 a.m. The conference will proceed telephonically. Dial-In No.: 1-888-363-4749, Access Code: 3667981.

       SO ORDERED.

                                                      P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
           October 13, 2023