UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Edward M. von Der Schmidt
a/k/a Eddie von der Schmidt,                                          23 Civ. 3919 (PKC)

                        Plaintiff,

v.                                                                                          ORDER

Tom Higgins,
Flavio Colella, and Jury Trial Demand
Silverstein Properties, D/B/A
River Place Management,

                        Defendants.

_____

CASTEL, United States District Judge.

        Upon further review, the defendants properly filed their motion to dismiss in accordance with the Court's Order (ECF 26).  (Of course, this would have been called to my attention if the parties had appeared at the October 13 conference.)  Plaintiffs have until November 7 to respond to the motion and defendants have until November 17 to reply.  Discovery is stayed.  November 3, 2023 conference is VACATED.

        SO ORDERED.

                                                P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       October 18, 2023